Michael Stein, Esq. (Nevada Bar No. 4760)
mstein@swlaw.com
Patrick G. Byrne, Esq. (Nevada Bar No. 7636)
pbyrne@swlaw.com
Brian R. Reeve, Esq. (Nevada Bar No. 10197)
breeve@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200

*Attorneys for Plaintiff Nobuyuki Sakakibara*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NOBUYUKI SAKAKIBARA, an individual residing in Japan,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECTRUM GAMING GROUP, LLC; SPECTRUM OSA ASIA, LTD.; FREDERIC GUSHIN, an individual; and NFC GLOBAL, LLC,<br><br>Defendants. | CASE NO. 2:09-cv-02000-HDM-LRL<br><br>**NOTICE OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Nobuyuki Sakakibara, by and through his counsel of record Snell & Wilmer L.L.P., hereby dismisses all claims in this action against Defendants Spectrum Gaming Group, LLC, Spectrum Osa Asia, Ltd., and Frederic Gushin pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

///
///
///
///
///
///
///

11812822.1

1   Based on this Notice of Dismissal, the hearing on Defendants' Motion to Dismiss First
2   Amended Complaint scheduled for August 6, 2010, should be vacated.

3   Dated this 4th day of August 2010          SNELL & WILMER L.L.P.

By: _____
Michael Stein, Esq. (Bar No. 4760)
Patrick G. Byrne, Esq. (Bar No. 7636)
Brian R. Reeve, Esq. (Bar No. 10197)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff*
*Nobuyuki Sakakibara*

11812822.1

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I hereby certify that I am an employee of Snell & Wilmer, and that I caused a true and correct copy of **NOTICE OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** to be served by electronic mail through the United States District Court's CM/ECF system.

Dated this ____ day of August 2010

_/s/_
An employee of Snell & Wilmer L.L.P.

11812822.1