1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF NEVADA**

9

10   NOBUYUKI SAKAKIBARA, an          )          2:09-cv-02000-HDM-LRL
     individual residing in Japan,   )
11                                    )
                  Plaintiff,          )          ORDER
12                                    )
     vs.                             )
13                                    )
     SPECTRUM GAMING GROUP, LLC;      )
14   SPECTRUM OSA ASIA, LTD.; FREDERIC )
     GUSHING, and individual; and NFC )
15   GLOBAL, LLC,                     )
                                      )
16                Defendants.         )
     _____ )
17

18        Pursuant to the plaintiff's notice of dismissal (#51), the

19   court hereby DISMISSES all claims in this action against defendants

20   Spectrum Gaming Group, Spectrum Asia OSA, and Frederic Gushin.

21   Accordingly, defendants' motion to dismiss the first amended

22   complaint (#29) is MOOT and the hearing on the motion to dismiss

23   scheduled for August 6, 2010 is VACATED.

24        **IT IS SO ORDERED.**

25        DATED: This 5th day of August, 2010.

26

27   _____
                                      UNITED STATES DISTRICT JUDGE
28

1