# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOBUYUKI SAKAKIBARA, an individual residing in Japan,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRUM GAMING GROUP, LLC; et al.,<br><br>Defendants. | Case No. 2:09-cv-2000- HDM-LRL |

STIPULATION AND ORDER TO DISMISS DEFENDANT NFC GLOBAL, LLC WITHOUT PREJUDICE

///
///
///
///
///
///
///
///

11792890.2

1  IT IS HEREBY STIPULATED by and between Plaintiff NOBUYUKI SAKAKIBARA
2  and Defendant NFC GLOBAL, LLC, by and through their undersigned counsel, that all claims
3  against NFC GLOBAL, LLC shall be dismissed in their entirety without prejudice. Each party
4  will bear their own costs and attorneys' fees.

DATED this 4th day of August 2010          DATED this 4th day of August 2010

SNELL & WILMER L.L.P.                       SKANE WILCOX L.L.P.

By: _____                 By: _____
Michael Stein                                Elizabeth Skane
Patrick G. Byrne                             1120 Town Center Drive
Brian R. Reeve                               Suite 200
3883 Howard Hughes Parkway                   Las Vegas, NV   89144
Suite 1100                                   Attorneys for Defendant
Las Vegas, NV   89169                        NFC Global, LLC
Attorneys for Plaintiff

IT IS SO ORDERED this 5th day of August 2010.

_____
U.S. DISTRICT COURT JUDGE

11792890.2                          -2-